IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSEPH KONAN TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The government's motion to continue, (filing no. 60), is granted, and the government's deadline for providing discovery to the defendant is extended to November 18, 2009.

DATED this 6th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge