IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| JOSEPH KONAN TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved for a continuance of the pretrial motion deadline, which was set for November 20, 2009. Filing No. 63. Defense counsel explains he recently received discovery from the government, and defense counsel needs additional time to review the discovery, confer with his client, and determine if pretrial motions should be filed. Counsel for the government does not oppose the defendant's motion. The court finds the defendant's motion should be granted.

IT IS ORDERED:

1) Defendant's unopposed motion to continue, (filing no. 63), is granted and defendant's pretrial motions and briefs shall be filed on or before December 4, 2009.

2) The ends of justice will be served by granting defendant's motion to continue the pretrial motion deadline, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between November 20, 2009 and December 4, 2009, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant

      additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

3)     The trial of this case remains set to commence on December 14, 2009.

DATED this 23rd day of November, 2009.

                                BY THE COURT:

                                *Richard G. Kopf*
                                United States District Judge