IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JOSEPH KONAN TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion to review his pretrial detention, stating he can live with his mother in Kansas City, Missouri and upon moving there, will be employed immediately.  Filing No. 62.

IT IS ORDERED that pretrial services shall investigate the defendant's proposal for release conditions and make a report to the court and counsel as soon as practicable.

DATED this 23rd day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge