IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH KONAN TAYLOR, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the trial currently set for December 14, 2009, (filing no. 74), because defense counsel is beginning a three-day jury trial in the Sarpy County District Court during the week of December 14, 2009, and needs additional time to prepare for trial in this case. The government does not oppose the requested continuance. The Court finds defendant's motion will be granted.

IT IS ORDERED:

1)   Defendant Joseph Konan Taylor's motion to continue, (filing no. 74), is granted.

2)   The trial of this case is set to commence before the undersigned district judge at 9:00 a.m. on January 4, 2010 for a duration of five trial days. Jury selection will be at the commencement of trial.

3)   Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and January 4, 2010, shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A)(B).

December 10, 2009.                                  BY THE COURT:

*Richard G. Kopf*
United States District Judge