IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3178-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSEPH KONAN TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a detention hearing concerning the Pretrial Services report (filing 76) is scheduled on Thursday, December 17, 2010, at 3:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Counsel of record, the defendant <u>and the defendant's mother</u> shall be present unless excused by the court.

Dated December 11, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge