IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH KONAN TAYLOR, LATRAIL L. TAYLOR, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The government has moved to continue the trial currently set for July 26, 2010, (filing no. 113). The government explains that although co-defendant Joseph Taylor is scheduled to enter a guilty plea on July 22, 2010, he previously appeared for two change of plea hearings and was unwilling to plead guilty on both occasions. The government is concerned that should Joseph Taylor again fail to plead guilty at the scheduled plea hearing, or if he fails to do so in a manner which is accepted by the court, the government will be required to try this case twice. The government therefore requests a continuation of the scheduled trial.

Joseph Taylor does not oppose a continuance; Latrail Taylor does oppose the continuance. Based on the telephonic conference with the government's counsel and counsel for Latrail Taylor, Latrail Taylor wants her trial to be held on July 26, 2010, but she does not claim evidence or witnesses will be lost if her trial is delayed. She is not currently detained awaiting trial, and as to the charges against her, no time has expired on the speedy trial clock. The Court finds the government's motion to continue should be granted.

IT IS ORDERED:

1) The government's motion to continue, (filing no. 113), is granted.

2) As to both the defendants, the trial of this case is set to commence at 9:00 a.m. on September 20, 2010 for a duration of five trial days. Jury selection will be at the commencement of trial.

July 19, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge