IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3178-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSEPH KONAN TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel have requested a three-hour evidentiary hearing. Accordingly,

IT IS ORDERED that Defendant Taylor's evidentiary hearing and sentencing are continued to Friday, December 3, 2010, from 1:00 to 4:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated October 19, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge