IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3178 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JOSEPH KONAN TAYLOR, | ) | |
| Defendant. | ) | |

The undersigned is in receipt of a letter from the defendant.

IT IS ORDERED that:

(1) The Clerk of Court shall file the defendant's letter as a motion.

(2) On or before November 30, 2015, USPO Kelly Nelson, FPD David Stickman and AUSA John Higgins shall each file a response to the defendant's letter. The Court notes that a Rule 35(b) motion was granted in this case on June 3, 2015 (see filing no. 282). It therefore appears that the drug retroactive sentencing worksheet (filing no. 291) is incorrect.

(3) The Clerk of Court shall send a copy of this order to the defendant at his last known address, as well as to USPO Kelly Nelson, FPD David Stickman and AUSA John Higgins.

Dated November 16, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge