IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:08CR3178 |
| vs. | |
| JOSEPH KONAN TAYLOR, | ORDER |
| Defendant. | |

After a telephone conference with counsel pursuant to my earlier order, it is apparent that the prior "2014 DRUG RETROACTIVE SENTENCING WORKSHEET" (filing no. 291) was erroneous. The USPO failed to consider that Mr. Taylor received a Rule 35(b) reduction. (*See* filing no. 282). Accordingly,

IT IS ORDERED that:

1. U.S.P.O. Craig Ford is ordered to file a new "2014 DRUG RETROACTIVE SENTENCING WORKSHEET" no later than December 7, 2015.

2. No later than January 7, 2016, the parties shall either file a stipulation entitling the defendant to relief or notify that no stipulation can be reached and the reasons for such disagreement.

3. The Clerk shall mail a copy of this Order to the defendant.

Dated this 23rd day of November, 2015

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge