# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

United States of America
v.
Joseph Konan Taylor

)
)
)
)
)
)

Case No:  4:08CR3178

USM No:  23055-047

Date of Original Judgment:     03/24/2011
Date of Previous Amended Judgment:     06/03/2015
*(Use Date of Last Amended Judgment if Any)*

David R. Stickman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     168     months **is reduced to**     120 months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated     06/03/2015     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:     02/11/2016

s/ Richard G. Kopf
*Judge's signature*

Effective Date:     11/01/2015
*(if different from order date)*

Richard G. Kopf, Senior United States District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Joseph Konan Taylor

DEFENDANT: _____

CASE NUMBER: 4:08CR3178 _____

DISTRICT: District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: __35__ | Amended Total Offense Level: __33__ |
| Criminal History Category: __I__ | Criminal History Category: __I__ |
| Previous Guideline Range: __240__ to __240__ months | Amended Guideline Range: __135__ to __168__ months |

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

Filing no. 294 is granted as provided herein.

For further elaboration of my decision in this case, the reader should consult the digital audio recording of the oral argument that was held on February 11, 2016.  That recording appears in the court file as filing no. 302.