IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| v. | ) | |
| JOSEPH KONAN TAYLOR, | ) | ORDER |
| Defendant. | ) | |

It appears that Mr. Taylor may be eligible for relief under the First Step Act. However, I have been informed by counsel that Mr. Taylor is already at a residential re-entry center and will be released next month. Accordingly, and in the exercise of my discretion,

IT IS ORDERED that I decline to grant Mr. Taylor relief under the First Step Act.

DATED this 12th day of September, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge